IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| WILLIAM R. BEST, JR | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-0042-CG-N |
| HARRIS HUFFMAN, et al. | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants Harris Huffman, David Brown, and Glenton Davis, M.D. are **DENIED** Summary Judgement on the Eighth Amendment claims asserted against them in their individual capacities.

It is further **ORDERED** that Defendant Dallas County, Alabama's Motion for Summary Judgment is **GRANTED** and Defendant is hereby **DISMISSED** from this action. Additionally, the remaining claims presented by the Plaintiff William R. Best, Jr., are **DISMISSED** with prejudice.

**DONE and ORDERED** this 12th day of March, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE