# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM R. BEST, JR | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 17-0042-CG-N |
| | ) |
| HARRIS HUFFMAN, et al. | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Dallas County, Alabama, and against Plaintiff, William R. Best, Jr., as to all Plaintiff's claims; and that **JUDGMENT** is entered in favor of Defendants, Harris Huffman, David Brown, and Glenton Davis, M.D., and against Plaintiff, William R. Best, Jr., as to all Plaintiff's claims, except Plaintiff's Eighth Amendment claim of deliberate indifference asserted against said Defendants in their individual capacities.

This matter is referred to the Magistrate Judge to conduct an evidentiary hearing on the remaining claim.

**DONE and ORDERED** this 12th day of March, 2019.

                                 /s/ Callie V. S. Granade
                                 SENIOR UNITED STATES DISTRICT JUDGE